UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JOSE HUMBERTO MANZANARES MOLINA,

Petitioner,

v.

WARDEN,

Defendant.

Case No. 5:26-cv-01702-SRM-AYP

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [12]**

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records herein and the Report and Recommendation of the United States Magistrate Judge to which no objections were filed. Dkt. 12. The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation. IT IS ORDERED that judgment be entered dismissing the Petitioner's Action without prejudice for mootness and Plaintiff's failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 28, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE