JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HUMBERTO MANZANARES MOLINA,<br>Petitioner,<br>v.<br>WARDEN,<br>Respondent. | Case No. 5:26-cv-01702-SRM-AYP<br><br>JUDGMENT |

Pursuant to the Order Accepting the Report and Recommendation of the United States Magistrate Judge, the Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE.**

Dated: August 28, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE